UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MAE ELLIS,<br><br>                 Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                 Defendant. | No.  CV-13-0301-JTR<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO DISMISS WITH<br>PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Motion for Dismissal with Prejudice. ECF No. 15.  Attorney Lora Lee Stover represents Lisa Mae Ellis (Plaintiff); Special Assistant United States Attorney Thomas M. Elsberry represents the Commissioner of Social Security (Defendant).  The parties have consented to proceed before a magistrate judge.  ECF No. 7.

Plaintiff requests a dismissal of her action, with prejudice, and indicates Defendant has no objection to the motion to dismiss.  ECF No. 15.  Accordingly,

**IT IS HEREBY ORDERED:**

1.  Plaintiff' Motion for Dismissal with Prejudice, **ECF No. 15**, is **GRANTED**.

2.   Plaintiff's Complaint, ECF No. 5, is **DISMISSED WITH PREJUDICE**.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file.

DATED November 15, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 2